# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br> v. <br><br> CEDARWOOD INVESTORS, et al., <br><br> Defendants. | Case No. 1:18-cv-00093 DAD JLT <br><br> **ORDER CLOSING THE ACTION** <br><br> **(Doc. 10)** |

The plaintiffs have filed a notice of voluntary dismissal. (Doc. 10) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **March 26, 2018**                   **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE